# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| REM WRANSKY, | |
| Plaintiff, | Case No. 1:22-cv-01417 |
| v. | |
| THE MUSICAL ARTS ASSOCIATION d/b/a The Cleveland Orchestra, *et al.*, | |
| Defendants. | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF REM WRANSKY'S COMPLAINT

Defendant Business Administrators & Consultants, Inc. ("Business Administrators") hereby move for a thirty (30) day extension of time to respond to Plaintiff Rem Wransky's ("Plaintiff") Complaint—that is until October 6, 2022—in order to allow Business Administrators sufficient time to respond to the Complaint. No other extensions have been requested or granted. A supporting memorandum is attached.

Respectfully submitted,
*/s/ Jolene S. Griffith*
Jolene S. Griffith (0084940)
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215-3422
Telephone No. (614) 221-3155
Facsimile No. (614) 221-0479
Email: jgriffith@baileycav.com

*Attorney for Defendant Business Administrators & Consultants, Inc*

# MEMORANDUM IN SUPPORT

Defendant Business Administrators & Consultants, Inc. ("Business Administrators") hereby move for an unopposed thirty (30) day extension of time to respond to Plaintiff Rem Wransky's ("Plaintiff") Complaint. The defendant's current deadline to respond to the Complaint is September 6, 2022. Business Administrators seek a brief extension of their deadline to respond to the Complaint—that is until October 6, 2022—to allow Business Administrators additional time to respond to the Complaint. In addition, Business Administrators has recently retained the undersigned counsel who is seeking additional time to review the factual and legal issues in this matter so as to adequately respond to the Complaint. Plaintiff has no objections to the requested extension. As such, Business Administrators respectfully request that the Court extend its deadline to respond to the Complaint until October 6, 2022.

Respectfully submitted,

*/s/ Jolene S. Griffith*
Jolene S. Griffith (0084940)
Bailey Cavalieri LLC
10 West Broad Street, Suite 2100
Columbus, Ohio 43215-3422
Telephone No. (614) 221-3155
Facsimile No. (614) 221-0479
Email: jgriffith@baileycav.com

*Attorney for Defendant Business Administrators & Consultants, Inc*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of September 2022, the foregoing was served via regular mail upon the following party:

REM WRANSKY
c/o Herron Law Offices
5001 Mayfield Road, Suite 318
Lyndhurst, Ohio 44124

Musical Arts Association d/b/a
The Cleveland Orchestra
11001 Euclid Avenue
Cleveland, Ohio 44

*/s/ Jolene S. Griffith*
Jolene S. Griffith