# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| REM WRANSKY, | ) | CASE NO. 1:22-CV-01417 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE PAMELA A. BARKER |
| v. | ) | |
| | ) | |
| THE MUSICAL ARTS ASSOCIATION | ) | |
| d/b/a The Cleveland Orchestra, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE STATEMENT OF
## THE MUSICAL ARTS ASSOCIATION, D/B/A THE CLEVELAND ORCHESTRA

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b), Defendant The Musical Arts Association, *d/b/a* The Cleveland Orchestra, through its undersigned counsel, identifies the following:

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation? ____Yes   __X__ No.

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   **N/A**

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?
_____ Yes  \_\_X\_\_No.

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

**N/A.**


Dated:  September 7, 2022

                                                      Respectfully submitted,

| | |
|---|---|
| */s/ Nancy M. Barnes,* | */s/ J. Timothy McDonald* |
| Nancy M. Barnes (#0074744) | J. Timothy McDonald |
| THOMPSON HINE LLP | Georgia Bar No. 4899420 |
| 3900 Key Center | THOMPSON HINE LLP |
| 127 Public Square | Two Alliance Center |
| Cleveland, Ohio  44114 | 3560 Lenox Road, Suite 1600 |
| Telephone: (216) 566-5578 | Atlanta, Georgia  30326 |
| Facsimile: (216) 566-5800 | Telephone: (404) 407-3623 |
| Nancy.Barnes@ThompsonHine.com | Facsimile: (404) 541-2905 |
| | Tim.McDonald@ThompsonHine.com |
| *Counsel for Defendant* | |
| *The Musical Arts Association,* | *Pro Hac Vice Admission To Be Sought* |
| *d/b/a The Cleveland Orchestra* | |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on September 7, 2022, using the CM/ECF system, which will send notification of such filing to all CM/ECF participants. Parties may access this filing through the Court's system.

/s/ *Nancy M. Barnes*
Nancy M. Barnes (0074744)
*Counsel for Defendant*
*The Musical Arts Association,*
*d/b/a The Cleveland Orchestra*

4879-4944-0561.1