**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| REM WRANSKY, | ) | CASE NO. 1:22-CV-01417 |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGE PAMELA A. BARKER |
| v. | ) | |
| | ) | |
| THE MUSICAL ARTS ASSOCIATION d/b/a The Cleveland Orchestra, et al., | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT THE MUSICAL ARTS ASSOCIATION, D/B/A THE CLEVELAND ORTHESTRA'S UNOPPOSED SECOND MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendant The Musical Arts Association, d/b/a The Cleveland Orchestra ("Musical Arts") hereby moves for an extension of time up to and including October 6, 2022 in which to answer, move, or otherwise respond to the Complaint in this action.

Co-Defendant Business Administrators and Consultants, Inc. has already requested an extension of time through the date noted above (October 6, 2022). Thus, granting this motion will not delay the proceedings in this matter.

4868-3198-7761.3

Counsel for Plaintiff Rem Wransky has consented to the requested extension.  This Motion is not being filed for purposes of delay and is submitted in good faith.

Dated:  September 20, 2022

                                                  Respectfully submitted,

| | |
|---|---|
| */s/ Nancy M. Barnes,* | */s/ J. Timothy McDonald* |
| Nancy M. Barnes (#0074744) | J. Timothy McDonald |
| THOMPSON HINE LLP | Georgia Bar No. 4899420 |
| 3900 Key Center | THOMPSON HINE LLP |
| 127 Public Square | Two Alliance Center |
| Cleveland, Ohio  44114 | 3560 Lenox Road, Suite 1600 |
| Telephone: (216) 566-5578 | Atlanta, Georgia  30326 |
| Facsimile: (216) 566-5800 | Telephone: (404) 407-3623 |
| Nancy.Barnes@ThompsonHine.com | Facsimile: (404) 541-2905 |
| | Tim.McDonald@ThompsonHine.com |
| *Counsel for Defendant* | |
| *The Musical Arts Association,* | *Pro Hac Vice Admission To Be Sought* |
| *d/b/a The Cleveland Orchestra* | |

4868-3198-7761.3

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court on September 20, 2022, using the CM/ECF system, which will send notification of such filing to all CM/ECF participants. Parties may access this filing through the Court's system.

/s/ *Nancy M. Barnes*
Nancy M. Barnes (#0074744)
*Counsel for Defendant*
*The Musical Arts Association,*
*d/b/a The Cleveland Orchestra*