IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| REM WRANSKY, | ) | CASE NO. 1:22-CV-1417 |
| | ) | |
| Plaintiff, | ) | JUDGE PAMELA A. BARKER |
| | ) | |
| v. | ) | |
| | ) | |
| THE MUSICAL ARTS | ) | |
| ASSOCIATION, et al., | ) | |
| | ) | |
| Defendants | ) | |

**<u>JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that the within matter is dismissed with prejudice, each party to bear their own costs.

s/*Mark P. Herron*_____
Mark P. Herron (0051998)
5001 Mayfield Road, Suite 318
Lyndhurst, Ohio 44124
(216) 280-2828
Email: herronlaw@msn.com

Attorney for Plaintiff

        s/*Nancy M. Barnes*_____
        Nancy M. Barnes (0074774)
        Thompson Hine, LLP
        3900 Key Center
        127 Public Square
        Cleveland, Ohio  44114
        (216) 566-5578  FAX (216) 566-5800
        Email:  Nancy.Barnes@ThompsonHine.com

        Attorney for Defendant The Musical Arts
        Association, d/b/a The Cleveland Orchestra


        *s/Jolene S. Griffith*_____
        Jolene S. Griffith (0084940)
        Bailey Cavalieri LLC
        10 West Broad Street, Suite 2100
        Columbus, Ohio  43215-3422
        (614) 221-3155  FAX (614) 221-0479
        Email:  jgriffith@baileycav.com

        Attorney for Defendant Business Administrators &
        Consultants