IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| REM WRANSKY, | CASE NO. 1:22-CV-1417 |
| Plaintiff, | JUDGE PAMELA A. BARKER |
| v. | |
| THE MUSICAL ARTS ASSOCIATION, et al., | |
| Defendants | |

**JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties stipulate that the within matter is dismissed with prejudice, each party to bear their own costs.

s/*Mark P. Herron*
Mark P. Herron (0051998)
5001 Mayfield Road, Suite 318
Lyndhurst, Ohio  44124
(216) 280-2828
Email:  herronlaw@msn.com

Attorney for Plaintiff

IT IS SO ORDERED.
s/Pamela A. Barker
PAMELA A. BARKER,
U.S. DISTRICT JUDGE

                                                  s/*Nancy M. Barnes*
                                                  Nancy M. Barnes (0074774)
                                                  Thompson Hine, LLP
                                                  3900 Key Center
                                                  127 Public Square
                                                  Cleveland, Ohio 44114
                                                  (216) 566-5578  FAX (216) 566-5800
                                                  Email: Nancy.Barnes@ThompsonHine.com

                                                  Attorney for Defendant The Musical Arts
                                                  Association, d/b/a The Cleveland Orchestra


                                                  s/*Jolene S. Griffith*
                                                  Jolene S. Griffith (0084940)
                                                  Bailey Cavalieri LLC
                                                  10 West Broad Street, Suite 2100
                                                  Columbus, Ohio 43215-3422
                                                  (614) 221-3155  FAX (614) 221-0479
                                                  Email: jgriffith@baileycav.com

                                                  Attorney for Defendant Business Administrators &
                                                  Consultants